# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| MICHAEL JAMES SIEMER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:18-cv-97 |
| | * | |
| v. | * | |
| | * | |
| SHERIFF JIM PROCTOR; MAJOR MASTROLANNI; SERGEANT ERIC WATSON; OFFICER Z. PRESTLEY; and NURSE DEANNA LNU, | * * * * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 13. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's claims against Defendants Proctor, Mastrolanni, Watson, and Deanna LNU and **DENIES** Plaintiff's motion for temporary restraining order. Plaintiff's excessive

force claim against Defendant Prestley remains pending.

**SO ORDERED**, this ____25____ day of ____May_____, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA